IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHELENE BAKER, *et al.*, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 13-00641-KD-N |
| | ) |
| HAFEZ CORPORATION, | ) |
| d/b/a McDONALDS, | ) |
| Defendant. | ) |

**ORDER**

After due and proper consideration the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 17) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 15, 2014, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **2nd** day of **May 2014**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**